**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MF GLOBAL HOLDINGS, LTD.; MF GLOBAL FINANCE USA, INC., *et al.*, | : : | Case No. 11-15059 (MG) Case No. 11-15058 (MG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---

| | | |
|---|---|---|
| TODD THIELMANN, PIERRE-YVAN DESPAROIS, NATALIA SIVOVA, SANDY GLOVER-BOWLES, ARTON SINA, and SCOTT L. KISCH, Individually, and on behalf of All Other Similarly Situated Former Employees, | : | |
| Plaintiffs, | : | Adv. Pro. No. 11-02880 (MG) |
| v. | : | |
| MF GLOBAL HOLDINGS, LTD, MF GLOBAL HOLDINGS USA, INC., MF GLOBAL FINANCE USA, INC.; *et al.,* | : | |
| Defendants. | : | |

---

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF

For the reasons in the accompanying brief, Plaintiffs move for class certification under Federal Rule of Civil Procedure 23, made applicable by Federal Rule of Bankruptcy Procedure 7023 requesting the Court appoint undersigned counsel as Class Counsel, appoint Plaintiffs as the Class Representatives, approve the form and manner of notice to the class and certify a class defined as:

The persons (i) who worked at or reported to Defendants' New York and Chicago Facilities and were terminated without cause on or about November 11, 2011 or within 30 days of that date, as the reasonably foreseeable consequence of the mass layoffs and/or plant closings ordered by Defendants on or about November 11, 2011, and who are affected employees, within the meaning of 29 U.S.C. § 2101(a)(5) and/or the New York Labor Law § 860 et seq. (the "WARN Acts"), and (ii) who have not filed a timely request to opt-out of the class.

DATED: July 13, 2015
New York, New York

Respectfully submitted,

/s/ Jack A. Raisner
Jack A. Raisner, Esq. (JR 6171)
René S. Roupinian, Esq. (RR 3884)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Charles A. Ercole, Esq. (Pro Hac Vice)
Lee Moylan, Esq. (Pro Hac Vice)
**Klehr Harrison Harvey Branzburg LLP**
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700

Stuart J. Miller, Esq. (SJM 4276)
**LANKENAU & MILLER, LLP**
132 Nassau Street, Suite 423
New York, New York 10038
Telephone: (212) 581-5005

Mary E. Olsen (Pro Hac Vice)
M. Vance McCrary (Pro Hac Vice)
**THE GARDNER FIRM, P.C.**
210 S. Washington Avenue
Mobile, AL  36602
Telephone: (251) 433-8100

*Attorneys for Plaintiffs and the putative Class*