**Hearing Date & Time:** August 24, 25, 26, 2015 @ 10:00 am
**Response Deadline:** August 3, 2015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MF GLOBAL HOLDINGS, LTD.; MF GLOBAL FINANCE USA, INC., *et al.*, | Case No. 11-15059 (MG) <br> Case No. 11-15058 (MG) |
|  | (Jointly Administered) |
| Debtors. |  |
| TODD THIELMANN, PIERRE-YVAN DESPAROIS, NATALIA SIVOVA, SANDY GLOVER-BOWLES, ARTON SINA, and SCOTT L. KISCH, Individually, and on behalf of All Other Similarly Situated Former Employees, |  |
| Plaintiffs, | Adv. Pro. No. 11-02880 (MG) |
| v. |  |
| MF GLOBAL HOLDINGS, LTD, MF GLOBAL HOLDINGS USA, INC., MF GLOBAL FINANCE USA, INC.; *et al.,* |  |
| Defendants. |  |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION AND RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on July 13, 2015, *Plaintiffs* filed *a Motion for Class Certification and Related Relief* [Adv. Docket No. 129-130].

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's instruction, a hearing will take place on **August 24th, 25th and 26th, 2015 commencing at 10:00 a.m.** (Eastern Time) each day, before the Honorable Martin Glenn, United States Bankruptcy Judge at

United States Bankruptcy Court located at One Bowling Green, Room 501, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's instruction, any responses to this Motion must be electronically filed and served upon the undersigned counsel on or before **August 3, 2015.**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

DATED: July 20, 2015
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jack A. Raisner
　　　　　　　　　　　　　　　　　　　　　　Jack A. Raisner, Esq. (JR 6171)
　　　　　　　　　　　　　　　　　　　　　　René S. Roupinian, Esq. (RR 3884)
　　　　　　　　　　　　　　　　　　　　　　**OUTTEN & GOLDEN LLP**
　　　　　　　　　　　　　　　　　　　　　　3 Park Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 245-1000

　　　　　　　　　　　　　　　　　　　　　　Charles A. Ercole, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　Lee Moylan, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　**Klehr Harrison Harvey Branzburg LLP**
　　　　　　　　　　　　　　　　　　　　　　1835 Market Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 569-2700

　　　　　　　　　　　　　　　　　　　　　　Stuart J. Miller, Esq. (SJM 4276)
　　　　　　　　　　　　　　　　　　　　　　**LANKENAU & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　　　　132 Nassau Street, Suite 423
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10038
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 581-5005

　　　　　　　　　　　　　　　　　　　　　　Mary E. Olsen (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　M. Vance McCrary (Pro Hac Vice)

**THE GARDNER FIRM, P.C.**
210 S. Washington Avenue
Mobile, AL  36602
Telephone: (251) 433-8100

*Attorneys for Plaintiffs and the putative Class*